### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHARON BARKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. CIV-08-1118-M ) |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

On October 21, 2009, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for social security insurance benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further proceedings. The parties were advised of their right to object to the Report and Recommendation by November 10, 2009. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 21, 2009;

(2) REVERSES the decision of the Commissioner;

(3) REMANDS for further proceedings consistent with the Report and Recommendation;

(4) DECLINES to require consideration by a different administrative law judge; and

(5) ORDERS that judgment issue forthwith in accordance with the provisions of

sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 17th day of November, 2009.**

/s/ Vicki Miles-LaGrange
_____
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE